1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                  AT SEATTLE

8  _____ )
                                     )
9  ARGENT CLASSIC CONVERTIBLE        )
   ARBITRAGE FUND, L.P.,             )        No. C01-0640L
10                                   )
                      Plaintiff,     )
11                                   )        ORDER VACATING ORDER OF
           v.                        )        DISMISSAL
12 AMAZON.COM, INC., *et al.*,       )
                                     )
13                    Defendants.    )
   _____ )
14

15         The "Order of Dismissal" entered in the above-captioned matter on April 26, 2005,

16 is hereby VACATED.  Because a class has been certified in this case, settlement will require the

17 approval of the Court:  the dismissal order was entered in error.

18

19         DATED this 28th day of April, 2005.

20

21         _____
           Robert S. Lasnik
22         United States District Judge

23

24

25

26

ORDER VACATING ORDER OF DISMISSAL