UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
ARGENT CLASSIC CONVERTIBLE          )
ARBITRAGE FUND, L.P.,               )   No. C01-0640L
                                    )
                    Plaintiff,      )
        v.                          )   ORDER VACATING ORDER OF
                                    )   DISMISSAL
AMAZON.COM, INC., *et al.*,         )
                                    )
                    Defendants.     )
_____ )

The "Order of Dismissal" entered in the above-captioned matter on April 26, 2005, is hereby VACATED. Because a class has been certified in this case, settlement will require the approval of the Court: the dismissal order was entered in error.

DATED this 28th day of April, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER OF DISMISSAL