THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARGENT CLASSIC CONVERTIBLE ARBITRAGE FUND, L.P., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM INC., JEFFREY P. BEZOS, JILL COVEY, TOM A. ALBERG, SCOTT D. COOK, L. JOHN DOERR, AND PATRICIA Q. STONESIFER,<br><br>Defendants. | No. C01-0640L<br><br><u>CLASS ACTION</u><br><br>**ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS** |

This matter having come before the Court on Lead Plaintiff's motion for approval of the Plan of Allocation of net settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.     For the purposes of this Order, the terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated July 1, 2005 (the "Stipulation of Settlement").

ORDER APPROVING ALLOCATION OF PROCEEDS
(C01-0640L)-1
H:\MYFILES\ARGENT\ORDER APPROVING ALLOCATION.DOC

**McKay Chadwell,** PLLC
600 University Street, Suite 1601
Seattle, Washington 98101
(206) 233-2800   Fax (206) 233-2809

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons and entities who are Class Members advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all Persons and entities who are Class Members to be heard with respect to the Plan of Allocation.

3. The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Memorandum of Points and Authorities in Support of Lead Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation of Settlement Proceeds, submitted herewith, and in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") sent to Class Members, provides a fair and reasonable basis upon which to allocate the proceeds of the Settlement Fund established by the Stipulation of Settlement among the Class Members, with due consideration having been given to administrative convenience and necessity.  This Court hereby finds and concludes that the Plan of Allocation set forth in the Notice is in all respects fair and reasonable and the Court hereby approves the Plan of Allocation.

4. Any funds remaining in the Settlement Fund after distribution, pursuant to the Plan of Allocation, to Class Members who submitted valid Proofs of Claim ("Unclaimed Funds") shall be donated to charities designated by Lead Counsel, subject to this Court's approval.

DATED this 20th day of October, 2005.


*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER APPROVING ALLOCATION OF PROCEEDS
(C01-0640L)-2
H:\MYFILES\ARGENT\ORDER APPROVING ALLOCATION.DOC

**McKay Chadwell,** PLLC
600 University Street, Suite 1601
Seattle, Washington 98101
(206) 233-2800  Fax (206) 233-2809

Presented by:

**McKAY CHADWELL, PLLC**

s/ *Michael D. McKay*
Michael D. McKay, WSBA #7040
David E. Wilson, WSBA #11328
Thomas M. Brennan, WSBA #30662
Attorneys for Plaintiffs, Argent Classic
Convertible Arbitrage Fund, L.P., on
behalf of itself and all others similarly situated
McKAY CHADWELL, PLLC
600 University Street, Suite 1601
Seattle, WA  98101
Telephone:  206-233-2800
Fax:  206-233-2809
Email: mdm@mckay-chadwell.com
dew@mckay-chadwell.com
tmb@mckay-chadwell.com

**KIRBY McINERNEY & SQUIRE, LLP**
Richard L. Stone
Mark A. Strauss
830 Third Avenue
New York, NY 10022
Tel: (212) 371-6600
Fax: (212) 751-2540
Email: rstoneesq@aol.com
mstrauss@kmslaw.com

**ATTORNEY FOR LEAD PLAINTIFF**

ORDER APPROVING ALLOCATION OF PROCEEDS
(C01-0640L)-3
H:\MYFILES\ARGENT\ORDER APPROVING ALLOCATION.DOC

**McKay Chadwell,** PLLC
600 University Street, Suite 1601
Seattle, Washington 98101
(206) 233-2800  Fax (206) 233-2809