THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARGENT CLASSIC CONVERTIBLE ARBITRAGE FUND, L.P., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM INC., JEFFREY P. BEZOS, JILL COVEY, TOM A. ALBERG, SCOTT D. COOK, L. JOHN DOERR, AND PATRICIA Q. STONESIFER,<br><br>Defendants. | No. C01-0640L<br><br>CLASS ACTION<br><br>**ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** |

This matter having come before the Court on October 20, 2005, on the motion of plaintiff's counsel for an award of attorneys' fees and reimbursement of expenses incurred in the Litigation, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.    All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated July 1, 2005 (the "Stipulation of Settlement").

ORDER APPROVING FEES (C01-0640L) -1
H:\MYFILES\ARGENT\ORDER APPROVING FEES.DOC

**McKay Chadwell,** PLLC
600 University Street, Suite 1601
Seattle, Washington 98101
(206) 233-2800  Fax (206) 233-2809

2.	This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Class Members who have not timely and validly requested exclusion.

3.	The Court hereby awards Plaintiff's Counsel attorneys' fees of thirty percent (30%) of the Settlement Fund plus reimbursement of litigation expenses in the amount of $267,539.19, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid.  The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.  The fees and expenses shall be allocated among plaintiff's counsel in a manner which, in Plaintiff's Lead Counsel's good-faith judgment, reflects each such counsel's contribution to the institution, prosecution and resolution of the Litigation.

4.	The awarded attorneys' fees and expenses and interest earned thereon shall immediately be paid to Plaintiff's Lead Counsel subject to the terms, conditions and obligations of the Stipulation of Settlement, and in particular ¶ 6.2 thereof, which terms, conditions and obligations are incorporated herein.

5.	There is no just reason for delay in the entry of this Order and Final Judgment and immediate entry by the Clerk of the Court is expressly directed pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED this 20th day of October, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER APPROVING FEES (C01-0640L) -2
H:\MYFILES\ARGENT\ORDER APPROVING FEES.DOC

McKay Chadwell, PLLC
600 University Street, Suite 1601
Seattle, Washington 98101
(206) 233-2800  Fax (206) 233-2809

Presented by:

**McKAY CHADWELL, PLLC**

s/ *Michael D. McKay*
Michael D. McKay, WSBA #7040
David E. Wilson, WSBA #11328
Thomas M. Brennan, WSBA #30662
Attorneys for Plaintiffs, Argent Classic Convertible Arbitrage Fund, L.P., on behalf of itself and all others similarly situated
McKAY CHADWELL, PLLC
600 University Street, Suite 1601
Seattle, WA 98101
Telephone: 206-233-2800
Fax: 206-233-2809
Email: mdm@mckay-chadwell.com
dew@mckay-chadwell.com
tmb@mckay-chadwell.com

**KIRBY McINERNEY & SQUIRE, LLP**
Richard L. Stone
Mark A. Strauss
830 Third Avenue
New York, NY 10022
Tel: (212) 371-6600
Fax: (212) 751-2540
Email: rstoneesq@aol.com
mstrauss@kmslaw.com

**ATTORNEY FOR LEAD PLAINTIFF**

ORDER APPROVING FEES (C01-0640L) -3
H:\MYFILES\ARGENT\ORDER APPROVING FEES.DOC

**McKay Chadwell,** PLLC
600 University Street, Suite 1601
Seattle, Washington 98101
(206) 233-2800  Fax (206) 233-2809