UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARGENT CLASSIC CONVERTIBLE ARBITRAGE FUND, L.P., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM INC., JEFFREY P. BEZOS, JILL COVEY, TOM A. ALBERG, SCOTT D. COOK, L. JOHN DOERR, AND PATRICIA Q. STONESIFER,<br><br>Defendants. | No. C01-640L<br><br>ORDER VACATING ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On November 30, 2006, the Court ordered plaintiff to deliver a courtesy copy of documents it filed on November 22, 2006. Plaintiff has now done so. The Order to Show Cause (Dkt. #167) is hereby VACATED: plaintiff need not take any further action in response to the Order to Show Cause.

DATED this 4th day of December, 2006.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER VACATING
ORDER TO SHOW CAUSE